IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CASERO, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 04-221 GMS |
| v. ) | |
| ) | |
| JOSEPH V. LAMBERT, *et al.* ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

WHEREAS, on April 12, 2004, the plaintiffs filed the above-captioned complaint against the defendants Joseph Lambert, Avis Car Rental Group, Inc., and Car Rentals, Inc.;

WHEREAS, on July 22, 2004, the defendants filed a motion to dismiss the complaint;

WHEREAS, on August 13, 2004, the plaintiffs filed a motion for leave to file an amended complaint;

WHEREAS, on March 30, 2005, the court granted the motion for leave to file an amended complaint and granted the motion to dismiss filed by the defendants on the issue of damages for mental anguish, and denied the motion to dismiss as to the remainder. Additionally, the court dismissed the complaint as to Avis Car Rental Group, Inc.

WHEREAS, as of the date of this Order, an amended complaint has not been filed;

IS SO ORDERED that:

The plaintiffs file an amended complaint within five (5) days of the date of this Order.

May 12, 2005                    /s/ Gregory M. Sleet
                                UNITED STATES DISTRICT JUDGE