# EXHIBIT "A"

# State of Delaware



# KENT COUNTY, ss.

To _____

_____ Greeting:

WHEREAS, Yldelisa C. Dornhecker       late of
735 Gallo Rd., Harrington, DE 199520000       lately died intestate
as it is said, having while she lived and at the time of her death, good or chattels, rights or credits, lands
and tenements within Kent County aforesaid _____

_____

We designating that the goods and chattels, rights and credits of the said deceased may be well and faithfully
administered, converted, and disposed of according to law, do therefore grant unto you, the said
Barbara Casero       Successor Administratrix
of   Yldelisa C. Dornhecker       (in whose fidelity in this behalf we very much confide),
full power, by tenor of these presents, well and truly to administer, according to law, and faithfully dispose of all and
singular the goods and chattels, rights and credits, which were of the said deceased at the time of  her death,

_____

also to receive, collect and recover all the debts whatsoever which the deceased, while she lived, or at the time of
her death, where owing or did belong, and to pay all lawful debts in which the said deceased stood indebted, so far
forth as the goods and chattels, rights and credits aforesaid will extend, and the law will charge you according to the
true value of the sum thereof and according to their rate and order of law, and also to cause a true and perfect inventory
and just appraisement to be made of all and singular the goods and chattels of said deceased whereof you have
knowledge, and the same with a true and perfect list of all and singular the debts and credits due or belonging to the
said deceased whereof you  have knowledge to be delivered into the Register's Office for Kent County aforesaid, on or
before the   Eighth       day of    March       next, and render a just account of your administration on or
before the   Eighth       day of    December       next, you being solemnly sworn thereto.
    AND WE DO HEREBY ORDAIN, CONSTITUTE, AND APPOINT YOU the said
Barbara Casero       Successor Administratrix
of all singular the goods and chattels, rights and credits, which were of the said deceased at the time of  her
death, your savings harmless and forever indemnifying all officers by reason of your administration aforesaid
and saving all others the rights, &c.

IN TESTIMONY WHEREOF, THOMAS E. WEYANT, Register for the
Probate of Wills and Granting Letters of Administration in and for Kent
County aforesaid; have hereunto set his hand and caused to the public seal
of said office to be affixed, at Dover, in Kent County aforesaid, this
Eighth       day of    December       in the year of our
Lord   Two Thousand Three .