IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CASERO, As Personal Representative of the Estate of YLDELISA CALVO DORNHECKER; BARBARA CASERO, Individually; MARIO CALVO, Individually; and YLDELISA CALVO, Individually, <br><br>　　　　Plaintiffs, <br><br>vs. <br><br>JOSEPH V. LAMBERT, Individually; and CAR RENTALS, INC. <br><br>　　　　Defendants. | Civil Action No 04-221 GMS <br><br>TRIAL BY JURY DEMANDED |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 3rd day of June 2005, two true and correct copies of Defendants' Rule 26(a)(1) Initial Disclosures was served upon the following counsel via First Class Mail:

> Beth D. Savitz, Esquire　　　　　　Jesus O. Cervantes, Esquire
> Hudson Jones Jaywork & Fisher　　Law Offices of Jesus O. Cervantes
> 225 S. State Street　　　　　　　　Law Offices of Jesus O. Cervantes
> Dover DE 19901　　　　　　　　　Miami, FL 33144

> WETZEL & ASSOCIATES, P.A.
>
> /s/ Natalie M. Ippolito_____
> Benjamin C. Wetzel, III (I.D. No. 985)
> Natalie M. Ippolito (I.D. No. 3845)
> The Carriage House, Suite 201
> 1100 N. Grant Avenue
> Wilmington, DE 19805
> (302) 652-1200
> nippolito@wetzellaw.com
> *Attorneys for Defendants*

Dated: June 3, 2005

# **CERTIFICATE OF SERVICE**

     I hereby certify that on June 3, 2005, I electronically filed the within Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Beth D. Savitz, Esquire
> Hudson Jones Jaywork & Fisher
> 225 S. State Street
> Dover DE 19901

     I hereby certify that on June 3, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

> Jesus O. Cervantes, Esquire
> Law Offices of Jesus O. Cervantes
> 8550 W. Flager Street, Suite 120
> Miami, FL 33144

     WETZEL & ASSOCIATES, P.A.

/s/ Natalie M. Ippolito_____
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com