IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CASERO, As Personal Representative of the Estate of YLDELISA CALVO DORNHECKER; BARBARA CASERO, Individually; MARIO CALVO, Individually; and YLDELISA CALVO, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> JOSEPH V. LAMBERT, Individually; and CAR RENTALS, INC. <br><br> Defendants. | Civil Action No 04-221 GMS <br><br> TRIAL BY JURY DEMANDED |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 3rd day of June 2005, two true and correct copies of Defendants' Interrogatories to Plaintiffs and Defendant's Request for Production to Plaintiffs was served upon the following counsel via First Class Mail:

| | |
|---|---|
| Beth D. Savitz, Esquire <br> Hudson Jones Jaywork & Fisher <br> 225 S. State Street <br> Dover DE 19901 | Jesus O. Cervantes, Esquire <br> Law Offices of Jesus O. Cervantes <br> Law Offices of Jesus O. Cervantes <br> Miami, FL 33144 |

WETZEL & ASSOCIATES, P.A.

/s/ Natalie M. Ippolito
Benjamin C. Wetzel, III (I.D. No. 985)
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com
*Attorneys for Defendants*

Dated: June 3, 2005

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 3, 2005, I electronically filed the within Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Beth D. Savitz, Esquire
>Hudson Jones Jaywork & Fisher
>225 S. State Street
>Dover DE 19901

      I hereby certify that on June 3, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

>Jesus O. Cervantes, Esquire
>Law Offices of Jesus O. Cervantes
>8550 W. Flager Street, Suite 120
>Miami, FL 33144

      WETZEL & ASSOCIATES, P.A.

/s/ Natalie M. Ippolito_____
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com