IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CASERO, as Personal Representative of the Estate of YLDELISA CALVO DORNHECKER; BARBARA CASERO, Individually; MARIO CALVO, Individually, and YLDELISA CALVO, Individually<br><br>　　　　　　Plaintiffs<br><br>　　v.<br><br>JOSEPH V. LAMBERT, Individually; and CAR RENTALS, INC.<br><br>　　　　　　Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*    Civil Action No. 04-0221-GMS |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW THE APPEARANCE of Beth D. Savitz, Esquire, as attorney for Plaintiffs, Barbara Casero, Individually and as personal representative of the Estate of Yldelisa Dornhecker, Mario Calvo and Yldelisa Calvo.

PLEASE ENTER THE APPEARANCE of Ronald David Smith, Esquire, as attorney for Plaintiffs, Individually and as personal representative of the Estate of Yldelisa Dornhecker, Barbara Casero, Mario Calvo and Yldelisa Calvo.

| | |
|---|---|
| HUDSON, JONES, JAYWORK<br>　& FISHER, LLC | HUDSON, JONES, JAYWORK<br>　& FISHER, LLC |
| | |
| 　　/s/ Beth Deborah Savitz<br>BETH DEBORAH SAVITZ (ID #3774)<br>235 South State Street<br>Dover DE  19901<br>(302) 734-7401 | 　　/s/ Ronald D. Smith<br>RONALD D. SMITH (ID #969)<br>225 South State Street<br>Dover DE  19901<br>(302) 734-7401<br>rsmith@delawarelaw.com |

## CERTIFICATE OF SERVICE

     I, BETH DEBORAH SAVITZ, ESQUIRE do hereby certify that on this 17th day of June 2005, I caused two (2) copies of the within Substitution of Counsel to be served on counsel for Defendants, via U.S. Mail First Class, Postage fully prepaid, addressed as follows:

Natalie Ippolito, Esquire
Wetzel & Associates, P.A.
The Carriage House
1100 North Grant Avenue, Suite 201
Wilmington DE  19805

     /s/ Beth Deborah Savitz
BETH DEBORAH SAVITZ (ID #3774)