IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BARBARA CASERO, As Personal
Representative of the Estate of
YLDELISA CALVO DORNHECKER; BARBARA
CASERO,Individually; MARIO CALVO,
Individually; and, YLDELISA CALVO,
Individually,

    Plaintiffs                   CIVIL ACTION NO.:04-221-GMS

vs.

JOSEPH V. LAMBERT, Individually;
and CAR RENTALS, INC.
_____/

PLAINTIFFS' NOTICE OF FILING INITIAL MANDATORY DISCLOSURES

    Plaintiffs, BARBARA CASERO as Personal Representative of the Estate of YLDELISA CALVO DORNHECKER, BARBARA CASERO, MARIO CALVO, and YLDELISA CALVO, by and through counsel, and pursuant to Rule 26(a) of the Federal Rule of Civil Procedure 26(a), hereby gives notice of filing its initial mandatory disclosures.

CERTIFICATE OF SERVICE

    WE HEREBY certify that a true and correct was faxed and mailed to: Benjamin C. Wetzel,III, Esq. and Natalie M. Ippolito, WETZEL & Associates, P.A., The Carriage House, Suite 201, 1100 N. Grant Avenue, Wilmington, DE 19805, Attorneys for Defendants, on this _____ day of July, 2005.

| LAW OFFICES OF JESUS O. CERVANTES | LAW OFFICES OF LUIS FERNANDEZ |
|---|---|
| 8550 W. FLAGLER STREET, STE. 120 | 2250 S.W. 3d AVENUE, STE. 303 |
| MIAMI, FLORIDA  33144 | MIAMI, FLORIDA 33129 |
| (305)228-1122 | (305)854-5955 |
| (305)228-0939 | (305)854-5324 |

_____
JESUS O. CERVANTES
Florida Bar No.: 402087