IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CASERO, As Personal Representative of the Estate of YLDELISA CALVO DORNHECKER; BARBARA CASERO, Individually; MARIO CALVO, Individually; and YLDELISA CALVO, Individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>JOSEPH V. LAMBERT, Individually; and CAR RENTALS, INC.<br><br>    Defendants. | Civil Action No 04-221 GMS<br><br>TRIAL BY JURY DEMANDED |

## NOTICE OF DEPOSITIONS

**TO:**  Ronald D. Smith, Esquire          Jesus O. Cervantes, Esquire
       Hudson Jones Jaywork & Fisher    Law Offices of Jesus O. Cervantes
       225 S. State Street              8550 W. Flager Street, Suite 120
       Dover DE 19901                   Miami, FL 33144

**PLEASE TAKE NOTICE** that the undersigned counsel will take the oral depositions of the plaintiffs on Thursday, January 5, 2006 at Wetzel & Associates, The Carriage House, 1100 N. Grant Avenue, Suite 201, Wilmington, Delaware 19805, at the following times:

    Yldelisa Calvo:     10:00 a.m.

    Mario Calvo:        12:00 p.m.

    Barbara Casero:     2:00 p.m.

                        WETZEL & ASSOCIATES, P.A.

                        /s/ Natalie M. Ippolito
                        Benjamin C. Wetzel, III (I.D. No. 985)
                        Natalie M. Ippolito (I.D. No. 3845)
                        The Carriage House, Suite 201
                        1100 N. Grant Avenue
                        Wilmington, DE 19805
                        (302) 652-1200
                        nippolito@wetzellaw.com
                        *Attorneys for Defendants*

Dated: December 15, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2005, I electronically filed the within Notice of Depositions with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Ronald D. Smith, Esquire
>Hudson Jones Jaywork & Fisher
>225 S. State Street
>Dover DE 19901

I hereby certify that on December 15, 2005, I have faxed and mailed by United States Postal Service, the document to the following non-registered participants:

>Jesus O. Cervantes, Esquire
>Law Offices of Jesus O. Cervantes
>8550 W. Flager Street, Suite 120
>Miami, FL 33144

>WETZEL & ASSOCIATES, P.A.

>/s/ Natalie M. Ippolito_____
>Natalie M. Ippolito (I.D. No. 3845)
>The Carriage House, Suite 201
>1100 N. Grant Avenue
>Wilmington, DE 19805
>(302) 652-1200
>nippolito@wetzellaw.com