IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CASERO, As Personal Representative of the Estate of YLDELISA CALVO DORNHECKER; BARBARA CASERO, Individually; MARIO CALVO, Individually; and YLDELISA CALVO, Individually,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>JOSEPH V. LAMBERT, Individually; and CAR RENTALS, INC.<br><br>　　　　Defendants. | Civil Action No 04-221 GMS<br><br>TRIAL BY JURY DEMANDED |

## RE-NOTICE OF DEPOSITIONS

**TO:**　Ronald D. Smith, Esquire　　　　Jesus O. Cervantes, Esquire
　　　　Hudson Jones Jaywork & Fisher　　Law Offices of Jesus O. Cervantes
　　　　225 S. State Street　　　　　　　　8550 W. Flager Street, Suite 120
　　　　Dover DE 19901　　　　　　　　　Miami, FL 33144

**PLEASE TAKE NOTICE** that the oral depositions of the plaintiffs, previously scheduled to begin at 11:00 a.m. on Thursday, January 5, 2006 at Wetzel & Associates, The Carriage House, 1100 N. Grant Avenue, Suite 201, Wilmington, Delaware 19805, will begin at 12:00 p.m. and will continue until completed:

　　　　　　　　Yldelisa Calvo

　　　　　　　　Mario Calvo

　　　　　　　　Barbara Casero

                                        WETZEL & ASSOCIATES, P.A.


                                        /s/ Natalie M. Ippolito_____
                                        Benjamin C. Wetzel, III (I.D. No. 985)
                                        Natalie M. Ippolito (I.D. No. 3845)
                                        The Carriage House, Suite 201
                                        1100 N. Grant Avenue
                                        Wilmington, DE 19805
                                        (302) 652-1200
                                        nippolito@wetzellaw.com
                                        *Attorneys for Defendants*

Dated:   January 4, 2006
cc:      Esquire Deposition Services (via fax)

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2006, I electronically filed the within Notice of Depositions with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Ronald D. Smith, Esquire
>Hudson Jones Jaywork & Fisher
>225 S. State Street
>Dover DE 19901

I hereby certify that on January 4, 2006, I have faxed and mailed by United States Postal Service, the document to the following non-registered participants:

>Jesus O. Cervantes, Esquire
>Law Offices of Jesus O. Cervantes
>8550 W. Flager Street, Suite 120
>Miami, FL 33144

>WETZEL & ASSOCIATES, P.A.

>/s/ Natalie M. Ippolito
>Natalie M. Ippolito (I.D. No. 3845)
>The Carriage House, Suite 201
>1100 N. Grant Avenue
>Wilmington, DE 19805
>(302) 652-1200
>nippolito@wetzellaw.com