IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CASERO, As Personal Representative of the Estate of YLDELISA CALVO DORNHECKER; BARBARA CASERO, Individually; MARIO CALVO, Individually; and YLDELISA CALVO, Individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>JOSEPH V. LAMBERT, Individually; and CAR RENTALS, INC.<br><br>    Defendants. | Civil Action No. 04-221 GMS<br><br>TRIAL BY JURY DEMANDED |

### RE-NOTICE OF DEPOSITIONS

TO:  Ronald D. Smith, Esquire           Jesus O. Cervantes, Esquire
     Hudson Jones Jaywork & Fisher      Law Offices of Jesus O. Cervantes
     225 S. State Street                8550 W. Flager Street, Suite 120
     Dover DE 19901                     Miami, FL 33144

**PLEASE TAKE NOTICE** that undersigned counsel will take the oral depositions of the plaintiffs, Yldelisa Calvo, Mario Calvo and Barbara Casero, on Thursday, February 16, 2006 beginning at 10:00 a.m., and continuing until completed, in the law offices of Angones, McClure & Garcia, P.A., located at 44 West Flagler Street, Eighth Floor, Courthouse Tower, Miami, Florida 33130.

                                        WETZEL & ASSOCIATES, P.A.

                                        /s/ Natalie M. Ippolito
                                        Benjamin C. Wetzel, III (I.D. No. 985)
                                        Natalie M. Ippolito (I.D. No. 3845)
                                        The Carriage House, Suite 201
                                        1100 N. Grant Avenue
                                        Wilmington, DE 19805
                                        (302) 652-1200
                                        nippolito@wetzellaw.com
                                        *Attorneys for Defendants*

Dated:  February 3, 2006
cc:     Peggy Cook Reporting (via fax: 305-377-1100)

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 3, 2006, I electronically filed the within Re-Notice of Depositions with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Ronald D. Smith, Esquire
>Hudson Jones Jaywork & Fisher
>225 S. State Street
>Dover DE 19901

  I hereby certify that on February 3, 2006, I have faxed and mailed by United States Postal Service, the document to the following non-registered participants:

>Jesus O. Cervantes, Esquire
>Law Offices of Jesus O. Cervantes
>8550 W. Flagler Street, Suite 120
>Miami, FL 33144

            WETZEL & ASSOCIATES, P.A.

            /s/ Natalie M. Ippolito
            Natalie M. Ippolito (I.D. No. 3845)
            The Carriage House, Suite 201
            1100 N. Grant Avenue
            Wilmington, DE 19805
            (302) 652-1200
            nippolito@wetzellaw.com