IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARBARA CASERO, As Personal Representative of the Estate of YLDELISA CALVO DORNHECKER; BARBARA CASERO, Individually; MARIO CALVO, Individually; and YLDELISA CALVO, Individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>JOSEPH V. LAMBERT, Individually; and CAR RENTALS, INC.<br><br>    Defendants. | Civil Action No 04-221 GMS<br><br>TRIAL BY JURY DEMANDED |

## **STIPULATION OF DISMISSAL**

IT IS HEREBY stipulated and agreed by the parties hereto, through their undersigned counsel, that all of plaintiffs' claims against defendants in the above action are hereby dismissed with prejudice.

/s/ Ronald D. Smith
Ronald D. Smith, Esquire
Counsel for Plaintiffs

/s/ Natalie M. Ippolito
Natalie M. Ippolito, Esquire
Counsel for Defendants

So Ordered:

_____
GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

Date:_____